**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Denison Landscaping, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **52-1672506** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8911 Oxon Hill Road** **Fort Washington, MD 20744** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Prince Georges** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Denison Landscaping, Inc.**  Case number (*if known*) _____
        _____
        Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **Denison Landscaping, Inc.**                                    Case number (*if known*) _____
_____
          Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship | |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Denison Landscaping, Inc.** _____ Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 6, 2025** _____
                  MM / DD / YYYY

**X** **/s/ Robert E. Horsey, Co-Managing Member** _____        **Robert E. Horsey, Co-Managing Member** _____
      Signature of authorized representative of debtor                    Printed name

Title   **Horsey Denison Landscaping, LLC, sole member of the Debtor** _____

**18. Signature of attorney**

**X** **/s/ Paul Sweeney** _____                 Date   **May 6, 2025** _____
      Signature of attorney for debtor                          MM / DD / YYYY

**Paul Sweeney 07072** _____
Printed name

**YVS Law, LLC** _____
Firm name

**185 Admiral Cochrane Drive, Suite 130**
**Annapolis, MD 21401** _____
Number, Street, City, State & ZIP Code

Contact phone   **(443) 569-5972** _____        Email address   **psweeney@yvslaw.com** _____

**07072 MD** _____
Bar number and State

Debtor  **Denison Landscaping, Inc.**                                    Case number (*if known*) _____
_____
Name

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND
_____

Case number (*if known*) _____  Chapter  **11**

☐ Check if this is an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
| --- | --- | --- | --- |
| Debtor | **Denison Farms, LLC** | Relationship to you | **affiliate** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **Horsey Denison Landscaping, LLC** | Relationship to you | **affiliate** |
| District | _____ When _____ | Case number, if known | _____ |
| Debtor | **Horsey Denison Properties, LLC** | Relationship to you | **affiliate** |
| District | _____ When _____ | Case number, if known | _____ |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                    *

DENISON LANDSCAPING, LLC                  *        Case No: 25-_____
                                                   (Chapter 11)
        Debtor                            *

    *      *      *      *      *      *      *      *      *      *      *      *

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Robert E. Horsey, declare under penalty of perjury that I am the co-managing member of Horsey Denison Landscaping LLC, the sole member of Denison Landscaping, LLC (the "Company"), and that the following is a true and correct copy of the resolutions adopted by the member of the Company, at a special meeting duly called and held on the 6th day of May 2025.

Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Robert E. Horsey, co-managing member of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Robert E. Horsey, co-managing member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Robert E. Horsey, co-managing member of the Company, is authorized and directed to employ Paul Sweeney and the law firm of YVS Law, LLC to represent the Company in such bankruptcy case.

                        DENISON LANDSCAPING, LLC

                        By:    HORSEY DENISON LANDSCAPING LLC,
                               its sole member


                        By: _____

                        Name: _____Robert E. Horsey_____

                        Title: _____Co-Managing Member_____

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Denison Landscaping, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SiteOne Landscape Supply 7387 Washington Boulevard, Suite 108 Elkridge, MD 21075-6359** | | **trade debt** | | | | **$2,000,000.00** |
| **Central Turf & Irrigation Supply 8 Williams Street Garnerville, NY 10923** | | **trade debt** | | | | **$1,040,573.63** |
| **First National Bank of Pennsylvania Attn: Legal Department 3015 Glimcher Boulevard Hermitage, PA 16148** | | **business credit card** | | | | **$460,000.00** |
| **Ferguson Enterprises 4501 Hillins Ferry Road, Suite 210 Halethorpe, MD 21227** | | **trade debt** | | | | **$314,378.69** |
| **Royal Sod Farms, LLC P.O. Box A Hurlock, MD 21643** | | **trade debt** | | | | **$227,584.51** |
| **BDO USA, LP 10960 Grantchester Way, Suite 500 Columbia, MD 21044** | | **accounting services** | **Disputed** | | | **$175,329.19** |
| **CINTAS Corporation 10611 Iron Bridge Road, Suite K Jessup, MD 20794** | | **trade debt** | **Disputed** | | | **$152,957.57** |

| Debtor | **Denison Landscaping, Inc.** | | Case number (if known) | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Amerisure Mutual Insurance 26777 Halsted Road Farmington, MI 48331-3586** | | **insurance** | **Contingent Disputed** | | | **$141,168.16** |
| **Mallard Logistics LLC 35495 Red Tail Road Lewes, DE 19958** | | **trade debt** | | | | **$123,612.92** |
| **Southern Maryland Oil 109 North Maple Avenue La Plata, MD 20646** | | **trade debt** | | | | **$122,145.09** |
| **Delaware Concrete Foundation & Slabs LLC 31241 Barnacle Boulevard Millsboro, DE 19966-7305** | | **trade debt** | | | | **$105,618.34** |
| **Trimble Inc. Lockbox #203558 P. O. Box 203558 Dallas, TX 75320-3558** | | **trade debt** | | | | **$104,972.15** |
| **Synatek 737 Hagey Center Drive Unit A Souderton, PA 18964** | | **trade debt** | | | | **$88,837.97** |
| **Sunbelt Rentals, Inc. 7605 Pulaski Highway Rosedale, MD 21237** | | **trade debt** | | | | **$74,325.13** |
| **Bank Direct Capital Finance 23 State Park Road Swanton, MD 21561** | | **trade debt** | | | | **$73,174.76** |
| **Imperial Industrial Park LLC 7440 McKnight Road, Suite 202 Pittsburgh, PA 15237** | | **rent** | | | | **$68,656.73** |
| **Carl King Energy Services, Inc. 1400 East Lebanon Road Dover, DE 19901** | | **trade debt** | | | | **$67,688.28** |

| Debtor | **Denison Landscaping, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Catoctin Mtn Growers Inc. 8051 Sixes Bridge Road Keymar, MD 21757** | | **trade debt** | | | | **$57,337.39** |
| **Verizon Connect Fleet USA, LLC P. O. Box 15043 Albany, NY 12212-5043** | | **trade debt** | | | | **$56,698.47** |
| **Chief Mountain Farms, LLC 116 Chiefs Mountain Lane Port Deposit, MD 21904** | | **trade debt** | | | | **$52,433.00** |

# United States Bankruptcy Court
## District of Maryland

In re  __Denison Landscaping, Inc.__

Debtor(s)

Case No. _____

Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Horsey Denison Landscaping, LLC**<br>**8911 Oxon Hill Road**<br>**Fort Washington, MD 20744** | | | **100% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Horsey Denison Landscaping, LLC, sole member of the Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 6, 2025**

Signature  **/s/ Robert E. Horsey, Co-Managing Member**
**Robert E. Horsey, Co-Managing Member**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Maryland

In re __Denison Landscaping, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Horsey Denison Landscaping, LLC, sole member of the Debtor of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __May 6, 2025__

__/s/ Robert E. Horsey, Co-Managing Member__
__Robert E. Horsey, Co-Managing Member__/Horsey Denison
__Landscaping, LLC, sole member of the Debtor__
Signer/Title

A.C. Shultes of Maryland, Inc.
8221 Cloverleaf Drive
Millersville, MD 21108


Abby Farms
8911 Oxon Hill Road
Fort Washington, MD 20744


ABC Burglar Alarms
1532 Pointer Ridge Place, Suite A&B
Bowie, MD 20716


Admiral Tire Commercial
15204 B Marlboro Pike
Upper Marlboro, MD 20772


Affordable First Aid & Safety
8662 Ocean Highway
Delmar, MD 21875


Aggregate Screens & Crushers LLC
7110 Commercial Avenue
Baltimore, MD 21237


Aire Solutions
P. O. Box 197
Port Tobacco, MD 20677


All Landscape Supply
4321 Bartholow Road
Sykesville, MD 21784


All Roads Trucks
P. O. Box 69529
Baltimore, MD 21264-9529

Allegheny Ford
5 South 6th Street
Andrew, IA 52030


Ambient Care
P. O. Box 1827
Seaford, DE 19973-4433


Amerigas
8101 Dorsey Run Road
Jessup, MD 20794-9327


Amerisure Mutual Insurance
26777 Halsted Road
Farmington, MI 48331-3586


Anago of Western PA
300 Old Pond Road, Suite 202
Bridgeville, PA 15017


Anne Arundel County, Maryland
P. O. Box 427
Annapolis, MD 21404-0427


Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225


Arcpoint Labs Southern MD
5158 Perry Highway
Pittsburgh, PA 15237


Arlington County Treasurer
P. O. Box 1754
Merrifield, VA 22116-1754

Arrowhead Engineered Products
P. O. Box 7410204
Chicago, IL 60674-0204


Atlantic Tractor
301 East Street
Clayton, DE 19938


Atwell LLC
Two Towne Square, Suite 700
Southfield, MI 48076


Baltimore County, Maryland
P. O. Box 64281
Baltimore, MD 21264-4281


Baltimore Truck Center, Inc.
P. O. Box 70
Linthicum, MD 21090


Bank Direct Capital Finance
23 State Park Road
Swanton, MD 21561


Bank of the West
Attn: Bankruptcy
180 Montgomery Street, 25th Floor
San Francisco, CA 94104-4297


Bayside Kubota & Equipment Company
3030 Crain Highway
Upper Marlboro, MD 20774


BB&T of Maryland
9420 Pennsylvania Avenue
Upper Marlboro, MD 20772

BDO USA, LP
10960 Grantchester Way, Suite 500
Columbia, MD 21044


Benjamin J. Campbell, Esquire
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, MD 21201


Billy Warren & Son
286 Burrsville Road
Greenwood, DE 19950


Blue Drop, LLC
1385 Canal Street SE
Washington, DC 20003


Blue Hen Dispose-All, LLC
34026 Anne's Way, Suite 3
Millsboro, DE 19966


BMO Harris Bank N.A.
1625 W Fountainhead Parkway
AZ-FTN-10C-A
Tempe, AZ 85282


Builders National Cooperative
244 North Market Street
Frederick, MD 21701


Burch Oil Co., Inc.
24660 Three Notch Road
Hollywood, MD 20636


C&G Nursery
204 White Pine Road
Newland, NC 28657

Calvert County Treasurer
Water & Sewage Division
175 Main Street
Prince Frederick, MD 20678


Cameron Barnhouse
11 Merrill Lane
Parkersburg, WV 26101


Capital One Trade Credit
P. O. Box 105525
Atlanta, GA 30348-5525


CareFirst BlueChoice
P. O. Box 70250
Philadelphia, PA 19176-0250


Careflex LLC
205 West Dares Beach Road
Prince Frederick, MD 20678


Carl King Energy Services, Inc.
1400 East Lebanon Road
Dover, DE 19901


Carquest Auto Parts
P. O. Box 404875
Atlanta, GA 30384-4875


Carter Machinery Company, Inc.
P. O. Box 751053
Charlotte, NC 28275-1053


Catoctin Mtn Growers Inc.
8051 Sixes Bridge Road
Keymar, MD 21757

Cedars Business Services
5230 Las Virgenes Road, Suite 210
Calabasas, CA 91302


Central Sod Farms,Inc.
920 John Brown Road
Centreville, MD 21617


Central Turf & Irrigation Supply
8 Williams Street
Garnerville, NY 10923


Chambers Motors, Inc.
P. O. Box 494
Seaford, DE 19973


Chaney Enterprises
P. O. Box 824896
Philadelphia, PA 19182-4896


Charles County Government
P. O. Box 1630

La Plata, MD 20646


Chesapeake Bay Synthetic Landscapes LLC
212 Najoles Road, Suite c
Millersville, MD 21108


Chesapeake Paper Systems
99 Ray Road
Halethorpe, MD 21227


Chief Mountain Farms, LLC
116 Chiefs Mountain Lane
Port Deposit, MD 21904

CINTAS Corporation
10611 Iron Bridge Road, Suite K
Jessup, MD 20794


City of Greenbelt
P. O. Box 35131
Seattle, WA 98124


City of Laurel
c/o Citation Payment Center
P.O. Box 35131
Seattle, WA 98124-5131


Cleveland Brothers Equipment Co., Inc.
P. O. Box 417094
Boston, MA 02241-7094


CNS Occupational Medicine of Delaware
151 Koser Road
Lititz, PA 17543


Coastal Towing & Repair
33012 Cedar Grove Road
Lewes, DE 19958


Colliflower, Inc.
9320 Pulaski Highway
Middle River, MD 21220-2418


Columbia Cascade Company
P. O. Box 1039
Camas, WA 98607


Comcast Cable Communications, LLC
Attention: Law Department-Bankruptcy
One Comcast Center
Philadelphia, PA 19103-2838

Conveyors & Plastics Inc.
29645 Connelly Mill Road
Delmar, MD 21875


Cool Springs Nursery
P. O. Box 873
Norman Park, GA 31771


Core & Main
2002 Bethel Road
Finksburg, MD 21048


County of Stafford
P. O. Box 1195
Stafford, VA 22555-1195


Cox Trailer Parts & Svc Inc.
9409 Old Marlboro Pike
Upper Marlboro, MD 20772


Cranberry Township
Payment Processing
P. O. Box 6075
Hermitage, PA 16148-1075


Criswell Chevrolet
503 Quince Orchard Road
Gaithersburg, MD 20878


Crystal Springs
5660 New Northside Drive, Suite 500
Atlanta, GA 30328


D&S Glass Service, Inc.
2800 Old Washington Road
Waldorf, MD 20601

D.C. Treasurer
Office of Tax & Revenue
P. O. Box 96385
Washington, DC 20090-6385


D.C. Withholding
Office of Tax and Revenue
P. O. Box 96385
Washington, DC 20090-6385


David G. Horsey & Sons, Inc.
28107 Beaver Dam Branch Road
Laurel, DE 19956


David V. Fontana, Esquire
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


David W. Horsey
8911 Oxon Hill Road
Fort Washington, MD 20744


Dear John Inc.
P. O. Box 9
1618 State Route 65
Ellwood City, PA 16117


Deere Credit, Inc.
6400 NW 86th Street
Johnston, IA 50131


Delaware Concrete Foundation & Slabs LLC
 31241 Barnacle Boulevard
Millsboro, DE 19966-7305


Delaware Electric Cooperative
14198 Sussex Highway
Greenwood, DE 19950-6009

Delaware Quarries
P. O. Box 778
New Hope, PA 18938


Delcoline Inc.
3490 Rockefeller Court, Suite D6
Waldorf, MD 20602


Delmarva Auto Glass
2121 West Zion Road
Salisbury, MD 21801


Denison Farms, LLC
8911 Oxon Hill Road
Fort Washington, MD 20744


Denison Landscaping & Nursery, Inc.
8911 Oxon Hill Road
Fort Washington, MD 20744


DenPro, Inc.
2075 Marshall Hall Road
Bryans Road, MD 20616


Dequesne Light
2075 Marshall Hall Road
Bryans Road, MD 20616


Didier Grajales
7810 Rollins Court
La Plata, MD 20646


Discount Snow Stakes
P. O. Box 850646
Braintree, MA 02185

Dodson & Sons Road Services
P. O. Box 534
Churchton, MD 20733


Donna Denison
9530 Covenant Court
Owings, MD 20736


Donna L. Denison
9530 Covenant Court
Owings, MD 20736


Duncan Excavating Inc.
P. O. Box 360
South Park, PA 15129


East End Cooperative Ministry
6140 Station Street
Pittsburgh, PA 15206


Eastern Shore Forest Products
3667 St. Lukes Road
Salisbury, MD 21804


Easton Ice Company
P. O. Box 309
Easton, MD 21664


eFax Corporate
c/o J12 Global Communications
P. O. Box 51873
Los Angeles, CA 90051-6173


Enterprise Car Rental
P. O. Box 844365
Kansas City, MO 64184

Fairfax Water
P. O. Box 5008
Merrifield, VA 22116-5008


Federal Express Corp.
P. O. Box 371461
Pittsburgh, PA 15250-7461


Ferguson Enterprises
4501 Hillins Ferry Road, Suite 210
Halethorpe, MD 21227


Fifth Third Bank, N.A., successor to
MB Financial Bank, N.A.
38 Fountain Square Plaza
Cincinnati, OH 45263


First National Bank of Pennsylvania
Attn: Legal Department
3015 Glimcher Boulevard
Hermitage, PA 16148


Fisher & Son Company, Inc.
110 Summit Drive
Exton, PA 19341


Fleet Pride
P. O. Box 847118
Dallas, TX 75284-7118


Fletcher's
2510 Route 66
Delmont, PA 15626


Ford Motor Credit
Attn: Legal/Bankruptcy
P. O. Box 650574
Dallas, TX 75265-0574

Forms & Surfaces
P. O Box 3625
Pittsburgh, PA 15230


Fort Washington Chevrolet
11001 Indian Head Highway
Fort Washington, MD 20744


FP Finance Program
P. O. Box 660831
Dallas, TX 75266-0831


Frisco Woodline
#2 S.E. Crain Highway
Upper Marlboro, MD 20774


G.A. Eberly LLC
7199 Old Alexandria Ferry Road
Clinton, MD 20735


Gambrills Equipment Co., Inc.
8001 Quarterfield Road
Severn, MD 21144


George Ely Associates
P. O. Box 396
Carlisle, PA 17013


Getsco, Inc.
10791 Finch Avenue East
P. O. Box 159
Middlesex, NC 27557


Graber Manufacturing Inc.
1080 Uniek Drive
Waunakee, WI 53597

Grainger
Dept. 811367382
Palatine, IL 60038-0001


Great American Financial Services
P. O. Box 660831
Dallas, TX 75266-0831


Greensource Direct Inc.
102 East Lee Road
Taylors, SC 29687


Growmark FS, LLC
308 NE Front Street
Milford, DE 19963


Guardian Property Services, LLC
33586 Vintage Lane
Frankford, DE 19945


Hale Trailer Brake & Wheel
P. O. Box 1400
Voorhees, NJ 08043


Hall Mechanical & Assoc Inc.
707 Belair Avenue
Front Royal, VA 22630


Hanover Architectural Products
5000 Hanover Road
Hanover, PA 17331


Herc Rentals, Inc.
P. O. Box 936257

Atlanta, GA 31193-6257

Heritage Crystal Clean, LLC
13621 Collections Center Drive
Chicago, IL 60693-0136


Heritage Landscape Supply Group
7440 State Highway 121
McKinney, TX 75070-2196


Hertrich's Frederick Ford
26905 Sussex Highway
Seaford, DE 19973


HMS Plumbing LLC
10319 Piper Lane
Manassas, VA 20110


Homestead Industries LLC
9315 Paige Road
Woodford, VA 22580


Honey Cove Lawn and Landscape
1965 Grays Road
Prince Frederick, MD 20678


Horsey Denison Landscaping, LLC
8911 Oxon Hill Road
Fort Washington, MD 20744


Horsey Trucking  LLC
28107 Beaver Dam Branch Road
Laurel, DE 19956


Horsey Turf Farms, LLC
28107 Beaver Dam Branch Road
Laurel, DE 19956

Hose Pro's
270 West State Street, Suite 2
Millsboro, DE 19966


Hyphen Solutions, Ltd.
P. O. Box 849936
Dallas, TX 75284-9936


ID3 Trucking LLC
9423 Marlboro Pike
Upper Marlboro, MD 20772


IGS Sign & Graphics
1268-A Cronson Boulevard
Crofton, MD 21114


Imperial Industrial Park LLC
7440 McKnight Road, Suite 202
Pittsburgh, PA 15237


Integrity Roll Off LLC
329 Wallace Lane, B
Fredericksburg, VA 22408


J Michael Contracting LLC
Jason M. Fernandez
603 Water Street
Bridgeport, WV 26330


J.J. Keller & Associates, Inc.
P. O. box 548
Neenah, WI 54957-0548


JAS Trucking, Inc.
5262 Solomons Island Road
Lothian, MD 20711

Jasper Engines
P. O. Box 650
Jasper, IN 47574-0650


Javo USA
1900 Cobb Int'l Boulevard, Suites G&H
Kennesaw, GA 30152


Jay Johnson Plumbing LLC
P. O. Box 9
Chesapeake Beach, MD 20732


JDS Associates, Inc.
7821 Lake Shore Drive
Owings, MD 20736


Jemmey Garcia Benitez
10027 Cedar Street
Laurel, DE 19956


Jesco Inc.
1260 Centennial Avenue
Piscataway, NJ 08854


Jiffy Lube Fleet Services
P. O. Box 7247-6248
Philadelphia, PA 19170-6248


Jim Shorkey Auto Group
5886 William Flynn Highway
North Hills Chevrolet
Bakerstown, PA 15007


Johnson Realty Advisors, Inc.
512 Lafayette Boulevard, Suite A
Fredericksburg, VA 22401-6000

Keith M. Lusby, Esquire
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


Knickerbocker Russell Co., Inc.
4759 Campbells Run Road
Pittsburgh, PA 15205


Kubota Credit Corporation, U.S.A.
1000 Kubota Drive
Grapevine, TX 76051


Landscape Forms, Inc.
P. O. Box 78000 Dept 78073
Detroit, MI 48278-0073


Laurel Community Hardware
1001 South Central Avenue
Laurel, DE 19956


LinkBank
2010 Fruitville Pike
Lancaster, PA 17601


Lorco of Maryland, LLC
171 Childs Road
Elkton, MD 21921


Loudoun Water
P. O. Box 4000
Ashburn, VA 20146


Lowe Products Co.,Inc.
P. O. Box S
Shepherdstown, WV 25443

M&R Power Equipment
620 Evans City Road
Butler, PA 16001


Mallard Logistics LLC
 35495 Red Tail Road
Lewes, DE 19958


Manufacturing Asset Solutions
1800 West Roller Coaster Road
Tucson, AZ 85704


Marsh & McLennan Agency LLC
P. O. Box 419103
Boston, MA 02241-9103


Martin Enterprises
442 Spring Grove Road
East Earl, PA 17519


Mary Washington Healthcare
2300 Fall Hill Avenue, Suite 101
Fredericksburg, VA 22401-3342


Maryland Department of Agriculture
P. O. Box 17304
Baltimore, MD 21297-1304


Maryland Motor Truck Assoc., Inc.
9256 Bendix Road, Suite 203
Columbia, MD 21045


McGriff Insurance Services
P. O. Box 890635
Charlotte, NC 28289-0635

McHenry Excavating, LLC
161 Ross Mountain Park Road
Ligonier, PA 15658


MedExpress Urgent Care, Inc.
P. O. Box 7659
Belfast, ME 04915-7900


MetCom
23121 Camden Way
California, MD 20619


Mid Atlantic Outdoor Equipment
436 West Central Avenue, Suite D
Davidsonville, MD 21035


Middleton Manor Farms, Inc.
P. O. Box 100
Bryantown, MD 20617


Midstate Plumbing & Air
201 Rawhide Road
Bridgeport, WV 26330


Millwood Lumber Co.
36820 Millwood Lane
Mechanicsville, MD 20659


Mon Power
P. O. Box 3615
Akron, OH 44309-3615


Morgantown Express Lube LLC
1350 Saratoga Lane
Morgantown, WV 26505

Morgantown Septic Service
Portable Toilet Rentals, LLC
P. O. Box 2205
Westover, WV 26502


Mountain State Trailer Rentals
482 Lower Aaron's Creek Road
Morgantown, WV 26508


Mountain State Waste
P. O. Box 3706
New York, NY 10008-3706


Murray Sod Farm LLC
53 Lighthouse Road
Selbyville, DE 19975


Napa Auto & Truck of Etna-PA
915 Saxonburg Boulevard
Pittsburgh, PA 15223


Napa Auto Parts-DE
38481 Sussex Highway
Delmar, DE 19940


Nitterhouse Masonry Products LLC
859 Cleveland Avenue
P. O. Box 692
Chambersburg, PA 17201


North Creek Nurseries, Inc.
388 North Creek Road
Landenberg, PA 19350


Oak's Auto/Truck Service, LLC
1706 Pittsburgh Street
Cheswick, PA 15024

Occupational Health Centers SW PA
P. O. Box 18277
Baltimore, MD 21227-0277


Ocean View Plumbing & Heating Inc.
31892 Elizabeth Drive
Dagsboro, DE 19939


Oldcastle APG
P. O. Box 281479
Atlanta, GA 30384-1479


Omni Business Systems Inc.
2850 Eisenhower Avenue, Suite L400
Alexandria, VA 22314


Ourisman Chevrolet of Bowie
16610 Governor Bridge Road
Bowie, MD 20716


Outdoor Living Supply LLC
P. O. Box 22839
New York, NY 10087-2839


P&H Auto Electric, Inc.
7990-92 E. Baltimore Street
Baltimore, MD 21224-0589


PA Turnpike Toll by Plate
P. O. Box 645631
Pittsburgh, PA 15264


Pasco Batteries
101 East Cedar Lane
Fruitland, MD 21826

Pasco of Salisbury
101 East Cedar Lane
Fruitland, MD 21826


Patient First
c/o Receivables Management Systems
P. O. Box 8630
Richmond, VA 23226


Paul A. Fenn, Esquire
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, MD 21201


Pavestone LLC
P. O. Box 930134
Atlanta, GA 31193-0134


Pennsylvania One Call System
P. O. Box 641121
Pittsburgh, PA 15264-1121


People Operations Partners LLC
1679 Thorpe Road
Pasadena, MD 21122


Peoples
P. O. Box 644760
Pittsburgh, PA 15264-4760


PEPCO
701 Ninth Street, N.W.
Washington, DC 20068


Perry Butler
PO Trucking
8940 Greenwood Road
Greenwood, DE 19950

Pierre R. Remoleune
528 Cooper Street
Laurel, DE 19956


Pittsburgh Tire Service
3301 Smallman Street
Pittsburgh, PA 15201


Posner Industries
8641 Edgeworth Drive
Capitol Heights, MD 20743


PPC Lubricants
P. O. Box 645962
Cincinnati, OH 45264-5962


Premium Poly Patios
1200 Falcon Avenue
Miami Springs, FL 33166


Preston Ford
4313 Preston Road
Preston, MD 21655


Price-Less Landscaping, LLC
1282 Smallwood Drive West, Suite 364
Waldorf, MD 20603


Prince George's County, MD Auto Enforce
P. O. Box 411472
Boston, MA 02241-1472


Pumping Systems & Controls LLC
P.O. Box 547
Germantown, MD 20875

PWCSA
P. O. Box 71062
Charlotte, NC 28272-1062


Quill Corporation
P. O. Box 37600
Philadelphia, PA 19101-0600


R.C. Holloway Company
222 Mill Street
P.O. Box 1801
Salisbury, MD 21802-1801


Rain-Tec, LLC
2900 Duss Avenue
Ambridge, PA 15003


Rapidan Service Authority
P.O. Box 736
Locust Grove, VA 22508


Rappahannock Electric Cooperative
P.O. Box 34757
Alexandria, VA 22334-0757


Recycle One
4700 Lawrence Street
Hyattsville, MD 20781


Redman Fleet Services
6433 General Green Way
Alexandria, VA 22312


Renard Lakes LLC
9102 Owens Drive
Manassas, VA 20111

Ricky Horseman Companies Inc.
P.O. Box 4181
Leesburg, VA 20177


Ridge Manor Nurseries
c/o Willowbend Nurseries LLC
4654 Davis Road
Perry, OH 44081


Robert E. Horsey
8911 Oxon Hill Road
Fort Washington, MD 20744


Roberts Oxygen Company, Inc.
P.O. Box 5507
Rockville, MD 20855


Roberts Septic Inc.
21892 Zoar Road
Georgetown, DE 19947


Royal Sod Farms, LLC
P.O. Box A
Hurlock, MD 21643


Sacco Lawn Care LLC
P. O. Box 1411
Bear, DE 19701


Safety-Kleen Systems, Inc.
P.O. Box 975201
Dallas, TX 75397-5201


Sam Elkin
1671 Skyline Drive
Marion Center, PA 15759

Santay Trucking Inc
14296 Dupont Blvd.
Ellendale, DE 19941


Saving Grace Septic & Rentals
P.O. Box 540
Dellslow, WV 26531


Schagringas Co.
P. O. Box 427
Middletown, DE 19709


Schutz Directional Drilling
22375 State Highway 77
Meadville, PA 16335


Service Tire Truck Centers, Inc.
2255 Avenue A
Bethlehem, PA 18017


Sharp Energy Inc.
P. O. Box 829981
Philadelphia, PA 19182-9981


Sharp Water Culligan
129 Columbia Road
Salisbury, MD 21801-3307


Sherman Heating Oils
P. O. Box 206
Milton, DE 19968-0206


Shirkey Trucking Corp.
734 Cattail Branch Road
Greenwood, DE 19950

Shoreline Vinyl Systems
1114 Park Lane
Denton, MD 21629


Signature Horticultural Serv.
19960 Gore Mill Road
Freeland, MD 21053


Sika Access LLC
23335 Zoar Road
Georgetown, DE 19947


Sitecraft Inc.
43-02 Ditmars Boulevard, 2nd Floor
Astoria, NY 11105


SiteOne Landscape Supply
7387 Washington Boulevard, Suite 108
Elkridge, MD 21075-6359


Smitty's Welding & Radiator
3601 East Street
Landover, MD 20785


Source One Software Consulting LLC
6021 University Boulevard, Suite 290
Ellicott City, MD 21043


Southern Maryland Hydraulics
18-G Irongate Drive
Waldorf, MD 20602


Southern Maryland Oil
109 North Maple Avenue
La Plata, MD 20646

Spatco Energy Solutions
P. O. Box 5450
Carol Stream, IL 60197-5450


Staples Business Advantage
P. O. Box 105638
Atlanta, GA 30348-5638


State Line Machine, Inc.
P. O. Box 667
Delaware City, DE 19706


Sunbelt Rentals, Inc.
7605 Pulaski Highway
Rosedale, MD 21237


Sussex Sanitation
31891 Old Hickory Road
Laurel, DE 19956


Synatek
737 Hagey Center Drive
Unit A
Souderton, PA 18964


T.E. Wood Farms
8647 Dangerfield Place
Clinton, MD 20735


Terminix Processing Center
P. O. Box 742592
Cincinnati, OH 45274-2592


The Quikrete Companies
c/o Hardscapes & Masonry Group
P. O. Box 930134
Atlanta, GA 31193-0134

TIAA Commercial Finance
P. O. Box 911608
Denver, CO 80291-1608


Tidal Creek Growers
65 Knight Island Road
Earleville, MD 21919


Time Clock Plus LLC
P. O. Box 913377
Denver, CO 80291-3377


TMC Transportation
P. O. Box 3567
Omaha, NE 68103-0567


Tolar Manufacturing Company Inc.
258 Mariah Circle
Corona, CA 92879


Tommy's Truck Service
2665 Old Washington Road
Waldorf, MD 20601


Total Quality Logistics
P. O. Box 634558
Cincinnati, OH 45263-4558


Tournesol Siteworks
2930 Faber Street
Union City, CA 94587


Treasurer of Frederick County
P. O. Box 4310
Frederick, MD 21705-4130

Treasurer of Spotsylvania County
P. O. Box 9000
Spotsylvania, VA 22553-9000


Tribles
P. O. Box 718719
Philadelphia, PA 19171-8719


Trimble Inc.
Lockbox #203558
P. O. Box 203558
Dallas, TX 75320-3558


Turf Equipment & Supply
P. O. Box 17357
Baltimore, MD 21297-1357


U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258


Undertow Creative LLC
P. O. Box 12374
Baltimore, MD 21281


UniFirst Corporation
3 Progress Way
Clarksburg, WV 26301


Unifirst First Aid + Safety
3499 Rider Trail South
Earth City, MO 63045


United Diesel, Inc.
5700-C General Washington Drive
Alexandria, VA 22312

United Rentals
P. O. Box 100711
Atlanta, GA 30384


UPS
P. O. Box 7247-0244
Philadelphia, PA 19170-0001


Verizon Bankruptcy Administration
500 Technology Drive, Suite 550
Weldon Spring, MO 63304


Verizon Connect Fleet USA, LLC
P. O. Box 15043
Albany, NY 12212-5043


Victory Stanley
2103 Brickhouse Road
P. O. Drawer 330
Dunkirk, MD 20754-0330


WACMA
403 Virginia Drive
Oakdale, PA 15071


Waldorf Dodge/Ram
2294 Crain Highway
Waldorf, MD 20601


Waldorf Ford
2440 Crain Highway
Waldorf, MD 20601


Washington Gas
P. O. Box 37747
Philadelphia, PA 19101-5047

Water Doctor
10983-E Guilford Road
Annapolis Junction, MD 20701


Wausau Tile Inc.
P. O. Box 1520
Wausau, WI 54402-1520


Waypoint Analytical
7621 Whitepine Road
Richmond, VA 23237


WeCare Denali LLC
7800 Kabik Court
Woodbine, MD 21797


Wells Fargo Equipment Finance
P.O. Box 1433
Des Moines, IA 50306


Wells Fargo Equipment Finance, Inc.
Attn: Legal/Bankruptcy
420 Montgomery Street
San Francisco, CA 94104


WesBanco Bank, Inc., successor to
Old Line Bank
1 Bank Plaza
Wheeling, WV 26003


West Penn Aggregates Inc.
RD #2 Box 134D
Slippery Rock, PA 16057


West Penn Power
P. O. Box 3687
Akron, OH 44309-3687

West Virginia Contractor Licensing Board
1900 Kanawha Boulevard
East Building 3 Room 200
Charleston, WV 25305


Wielgosz Property Management LLC
5729 Linkwood Road
East New Market, MD 21631


Winegardner Chevrolet
11001 Indian Head Highway
Fort Washington, MD 20744


WM Corporate Services Inc.
 (as payment agent)
P. O. Box 13648
Philadelphia, PA 19101-3648


Wm. E. Babikow Sons, Inc.
t/a Babikow Greenhouses
7838 Babikow Road
Rosedale, MD 21237


Wood Waste Recycling, LLC
111 Kelso Road
McDonald, PA 15057


WSSC
14501 Sweitzer Lane
Laurel, MD 20707


Yard Works, LLC
19001 Hull Street Road
Moseley, VA 23120

# United States Bankruptcy Court
## District of Maryland

In re  **Denison Landscaping, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Denison Landscaping, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Horsey Denison Landscaping, LLC**
**8911 Oxon Hill Road**
**Fort Washington, MD 20744**

☐ None [*Check if applicable*]

**May 6, 2025**

Date

**/s/ Paul Sweeney**

**Paul Sweeney 07072**

Signature of Attorney or Litigant

Counsel for  **Denison Landscaping, Inc.**

**YVS Law, LLC**

**185 Admiral Cochrane Drive, Suite 130**
**Annapolis, MD 21401**
**(443) 569-5972 Fax:(410) 571-2798**
**psweeney@yvslaw.com**